United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THI NGUYET NGUYEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-4120 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION CENTER, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

# FINAL ORDER OF DISMISSAL

Having been informed by the respondents that the petitioner was released from custody, and thus was granted the relief she seeks, the Court now **ORDERS** that this case is **DISMISSED.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on October 29, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE